KATHRYN KENEALLY
Assistant Attorney General

LEE PERLA
Trial Attorney
U.S. Dept. of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044
Tel:    (202) 616-9183
Fax:    (202) 307-0054

*Of Counsel*
BENJAMIN B. WAGNER
United States Attorney
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAND CANYON CORPORATION, FKA PREMIER TRUST DEED SERVICES, INC.<br><br>    Plaintiff,<br><br>              v.<br><br>ALAN S. COLEMAN, STACI E. COLEMAN, CALIFORNIA SERVICE BUREAU, CALIFORNIA FRANCHISE TAX BOARD, FRIEDMAN FINANCIAL, *and* UNITED STATES OF AMERICA<br><br>    Defendants. | Case No. 2:12-CV-02107-JAM-KJN<br><br>**ORDER GRANTING THE UNITED STATES' MOTION FOR AN ORDER TO MODIFY THE STATE COURT ORDERS AND TRANSFER INTERPLED FUNDS** |

Upon review of the pleadings, and for good cause shown, it is hereby ORDERED that the

United States' MOTION FOR AN ORDER TO MODIFY THE STATE COURT ORDERS

AND TRANSFER INTERPLED FUNDS is hereby GRANTED.  The pre-removal August 2,

2012 orders (Rec. Doc. 5-1 at 7-8) that remain in effect are hereby modified to transfer the

8972603.1

amounts interpled ($306,853.49 plus interest, if any) to the Clerk of the Court for the United States District Court, Eastern District of California.

SO ORDERED,

This 21st day of September 2012.

                                                 /s/ John A. Mendez_____
                                               UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

On this date, September 20, 2012, I filed the foregoing [PROPOSED] ORDER GRANTING THE UNITED STATES' MOTION FOR AN ORDER TO MODIFY THE STATE COURT ORDERS AND TRANSFER INTERPLED FUNDS with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

    Jason W. Short
    Peter Joseph Salmon
    Pite Duncan, LLP (San Diego)
    4375 Jutland Drive, Suite 200
    San Diego, CA 92117

On this date, I deposited the following, postage prepaid, in the U.S. Mail addressed to:

| | |
|---|---|
| Alan S. Coleman<br>P.O. Box 5122<br>Vacaville, CA 95696 | California Service Bureau<br>c/o Michael K. Sipes. Esq.<br>3050 Fite Circle, Suite 107<br>Sacramento, CA 95827 |
| Staci E. Coleman<br>4545 Shawn Lane<br>Vacaville. CA 95688 | California Franchise Tax Board<br>Collection Advisory Team MIS A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| Staci E. Coleman<br>c/o Teddy Ray & Shirley Francis<br>2160 Mariposa Drive<br>Dixon, CA 95620 | Friedman Financial<br>P.O. Box 533<br>Vineburg, CA 95487 |
| Franchise Tax Board<br>Legal Division, Attn: Wendy Dezzani<br>P.O. Box 1720, Mail Stop A260<br>Rancho Cordova, CA  95741-1720 | |

                                    <u>/s/ Lee Perla</u>
                                    LEE PERLA
                                    Trial Attorney
                                    U.S. Department of Justice