KATHRYN KENEALLY
Assistant Attorney General

LEE PERLA
Trial Attorney, U.S. Dept. of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044
Tel:  202-616-9183

BENJAMIN B. WAGNER
United States Attorney
*Of Counsel*
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAND CANYON CORPORATION, FKA PREMIER TRUST DEED SERVICES, INC. | Case No. 2:12-CV-02107-JAM-KJN |
| Plaintiff, | |
| v. | |
| ALAN S. COLEMAN, STACI E. COLEMAN, CALIFORNIA SERVICE BUREAU, CALIFORNIA FRANCHISE TAX BOARD, FRIEDMAN FINANCIAL, *and* UNITED STATES OF AMERICA | **JOINT STIPULATION AND APPLICATION FOR DISBURSEMENT** |
| Defendants. | |

In accordance with this Court's Order, Rec. Doc. 22, released on April 11, 2013, the United States of America ("United States"), the California Franchise Tax Board ("FTB"), and the California Service Bureau, Inc. ("CSB"), submit this joint stipulation and jointly apply for disbursement in accordance with the following:

1.      The Court ordered that the surplus funds shall be distributed as follows:

a.      The United States—$33,237.55, plus additional interest thereon from and after January 18, 2013, less any applicable credits;

b.      FTB—$75,592.40, plus additional interest thereon from and after January 18, 2013, less any applicable credits;

c.      CSB—$198,023.54, plus additional interest thereon from and after January 18, 2013, less any applicable credits.

2.      The parties stipulate that for the claims ordered paid in the Court's Order, *see* No. 22, the additional interest accrued from and after January 18, 2013, less any applicable credits, equals the amounts on the dates set forth below:

|  | Amount | Recorded | Balance as of Jan. 18, 2013 | Balance as of Apr. 19, 2013 (+91 days) | Balance as of Apr. 23, 2013 (+95 days) | Balance as of Apr. 26, 2013 (+98 days) |
|---|---|---|---|---|---|---|
| CSB | $3,933.14 | Sep. 17, 2001 | $8,513.14 | $8,610.51 | $8,614.79 | $8,618.00 |
| U.S. | $20,090.82 | May 8, 2003 | $33,237.55 | $33,487.07 | $33,498.08 | $33,506.34 |
| FTB | $17,199.48 | May 21, 2003 | $28,404.40 | $28,615.49 | $28,624.86 | $28,631.89 |
| CSB | $9,692.24 | Sep. 2, 2003 | $18,892.68 | $19,133.83 | $19,144.43 | $19,152.38 |
| FTB | $18,456.56 | Nov. 8, 2004 | $47,188.00 | $47,632.19 | $47,647.78 | $47,659.47 |
| FTB | $14,352.69 | Nov. 8, 2004 | | | | |
| FTB | $16,380.04 | Nov. 8, 2004 | | | | |
| CSB | $167,087.67 | Jun. 10, 2005 | $296,774.42 | $300,934.03 | $301,116.87 | $301,254.00 |

//continued//

3.      Accordingly, the parties jointly apply for disbursement of the surplus funds to the claimants as follows:

      a.      If paid on Apr. 19, 2013, the recipient and amount should be as follows:

            i.   The United States—$33,487.07;

            ii.  FTB—$76,247.68; and

            iii. CSB—the balance of the remaining surplus funds.

      b.      If paid on Apr. 23, 2013, the recipient and amount should be as follows:

            i.   The United States—$33,498.08;

            ii.  FTB—$76,272.64; and

            iii. CSB—the balance of the remaining surplus funds.

      c.      If paid on April 26, 2013, the recipient and amount should be as follows:

            i.   The United States—$33,506.34;

            ii.  FTB—$76,291.36

            iii. CSB— the balance of the remaining surplus funds.

SO ORDERED,

This 18th day of April, 2013.

                    /s/ John A. Mendez
                    UNITED STATES DISTRICT COURT JUDGE

*Respectfully submitted*,

KATHRYN KENEALLY
Assistant Attorney General

/s/ Lee Perla
LEE PERLA
Trial Attorney, U.S. Dept. of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Tel:  202-616-9183

BENJAMIN B. WAGNER
United States Attorney
*Of Counsel*
*Attorneys for the United States*


KAMALA D. HARRIS, State Bar No.146672
Attorney General of California
MOLLY K. MOSLEY, State Bar No. 185483
Supervising Deputy Attorney General

/s/ Jane O'Donnell (as authorized on April 17, 2013)
JANE O'DONNELL, State Bar No. 100617
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 322-0253
Fax: (916) 327-2247
E-mail:  Jane.ODonnell@doj.ca.gov
*Attorneys for California Franchise Tax Board*


/s/ Michael K. Sipes (as authorized on April 17, 2013)
Michael K. Sipes, State Bar Number 155148
LAW OFFICES OF MICHAEL K. SIPES
3050 Fite Circle, Ste. 107
Sacramento, CA 95827
Tel:  (866) 656-7080
E-mail:  mksipes@sipeslaw.com
*Attorney for Claimant*
*California Service Bureau, Inc.*

9853013.1